D. F. KNOWLES et al., Appellants, v. WADDELL INV. CO., Appellees. (No. 3162.)*

(Court of Civil Appeals of Texas. Texarkana. Jan. 29, 1926. Rehearing Denied Feb. 11, 1926.)

Appeal from District Court, Lamar County; Geo. P. Blackburn, Judge.

Robbins, Edwards & Bailey, of Clarkville, for appellants.

Emerson & Jones and A. P. Park, all of Paris, for appellees.

LEVY, J. This is a companion case of D. F. Knowles et al. v. Waddell Investment Co. (No. 3161) 280 S. W. 885, this day decided by this court. The facts and the pleadings are alike, and the points made on appeal are the same, and therefore the opinion in the above case is adopted.

Accordingly, the judgment is affirmed.

*Writ of error refused April 20, 1926.